JPML FORM 1A                    DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 344 -- IN RE GENERAL AIRCRAFT CORPORATION ANTITRUST/TORTS CLAIM ACT
LITIGATION

| Date | No. Code | |
|------|----------|---|
| 2/13/78 | 1 | MOTION, BRIEF, CERT. OF SERVICE -- APPENDIX A,B,C,D,E,F,G, & H |
| | | AIR AMERICA, INC., AIR ASIA CO., GEORGE A. DOOLE, JR. |
| | | Suggested Transferee District -- District of Columbia |
| 2/23/78 | | APPEARANCES -- DAVID L. ROLL, ESQ. for Fairchild Industries, Inc. |
| | | ROBERT C. FIELD, ESQ. for Bird & Sons, Inc. |
| | | GLEN V. WHITAKER, ESQ. for U.S.A and Lawrence Houston (cds) |
| | | LARRY L. WILLIAMS, ESQ. for Continental Air Services,Inc. |
| | | MICHAEL D. HAYS, ESQ. for AIR AMERICA, AIR ASIA and |
| | | George Doole, jr. |
| 2/27/78 | 2 | RESPONSE -- Bird & Sons, Inc. -- w/cert. of service (cds) |
| 2/28/78 | | APPEARANCE -- THEODORE E. DINSMOOR, ESQ. for GENERAL AIRCRAFT CORP. (cds) |
| 2/28/78 | 3 | RESPONSE -- GENERAL AIRCRAFT CORPORATION -- w/cert. of service (cds) |
| 2/28/78 | 4 | RESPONSE -- FAIRCHILD INDUSTRIES, INC. -- w/cert. of service (cds) |
| 3/2/78 | | HEARING ORDER -- Setting A-1 through A-2 for hearing to be held in |
| | | Washington, D.C. on 3/31/78 (cds) |
| 3/2/78 | 5 | RESPONSE/BRIEF -- Federal Defendants United States of America -- w/cert. of service (cds) |
| ~~3/7/78~~ | ~~6~~ | ~~BRIEF -- GEN. AIRCRAFT CORP. (GAC) w/cert of svc (ea)~~ |
| ~~3/7/78~~ | ~~7~~ | ~~REPLY -- AII~~ |
| 3/7/78 | 6 | REPLY -- Air America w/cert. of svc. (ea) |
| 3/22/78 | | HEARING APPEARANCE -- MARCH 31, 1978 -- Washington, D.C. |
| | | Phillip D. Bostwick, Esquire for Air Asia, Inc., Air Asia Co., Ltd. |
| | | and George A. Doole, Jr. |
| | | Ellen Kirsh, Esq. for Fairchild, Industries, Inc. |
| | | Glenn V. Whitaker, Esq. for U.S.A. and Lawrence R. Houston |
| | | Theodore E. Dinsmoor, Esq. for General Aircraft Corp. |
| 3/22/78 | | WAIVER OF ORAL ARGUMENT -- Robert C. Field, Esq. for Bird & Sons |
| 5/11/78 | | CONSENT OF TRANSFEREE COURT -- Assigning Judge June L. Green to |
| | | handle litigation for coordinated or consolidated pretrial |
| | | proceedings pursuant to 28 U.S.C. § 1407. (emh) |
| 5/11/78 | | OPINION AND ORDER -- transferring A-2 to the District of Columbia |
| | | to be consolidated with A-1 for pretrial proceedings pursuant |
| | | to 28 U.S.C. § 1407. (emh) |

OPINION AND ORDER Filed 5/11/78 __~ F. Supp. __

DOCKET NO. __344__ -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: __IN RE  GENERAL AIRCRAFT CORPORATION ANTITRUST/TORTS CLAIM ACT LITIGATION__

## Summary of Panel Actions

Date(s) of Hearing(s) __3/31/78__

Consolidation Ordered __5/11/78__          Consolidation Denied _____

Opinion and/or Order __5/11/78__

Citation __449 F. Supp. 664__

Transferee District __District of Columbia__          Transferee Judge __Hon. June L. Green__

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | General Aircraft Corp. v. Air America, et al. | D.D.C. Green | 77-1926 | | | 12/19/79 | |
| A-2 | General Aircraft Corp. v. U.S.A. | E.D. Va. Lewis | 77-829A | 5/11/78 | 78-0879 | 12/19/79 | |

*July 1979 — 1 TR, 1 x 2 = 2 TR.*

*Dec 1979 - Closed by dismissal*

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 344 -- IN RE GENERAL AIRCRAFT CORPORATION ANTITRUST/TORTS CLAIM

ACT LITIGATION

| | |
|---|---|
| GENERAL AIRCRAFT CORP. (A-1) (A-2)<br>Theodore E. Dinsmoor, Esq.<br>Gaston Snow & Ely Bartlett<br>One Federal Street<br>Boston, Massachusetts  02110 | FAIRCHILD INDUSTRIES, INC.<br>David L. Roll, Esq.<br>Steptoe & Johnson<br>1250 Connecticut Avenue, N.W.<br>Washington, D. C.  20036 |
| AIR AMERICA/AIR ASIA/GEORGE DOOLE, JR<br><br>Phillip D. Bostwick, Esquire<br>Shaw, Pittman, Potts & Trowbridge<br>1800 M Street, N.W.<br>Washington, D. C.  20036 | |
| UNITED STATES OF AMERICA<br>LAWRENCE R. HOUSTON<br>Glenn Whitaker, Esq.<br>United States Department of Justice<br>Civil Division<br>Room 3627<br>9th and Pennsylvania Ave., N.W.<br>Washington, D. C.  20530 | |
| CONTINENTAL AIR SERVICES, INC.<br>Larry L. Williams<br>Clifford, Glass, McIlwain & Finney<br>815 Connecticut Avenue, N.W.<br>Suite 1206<br>Washington, D. C.  20006 | |
| BIRD & SONS, INC.<br>Robert C. Field, Esq.<br>Stark, Stewart~~~~~~~~~~~~~~~~<br>1100 Financial Center Building<br>Oakland, CA  94612 | |

JPML FORM 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 344 -- IN RE GENERAL AIRCRAFT CORPORATION ANTITRUST/TORTS CLAIM ACT LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |